Núm. 7973.—PUEBLO, apldo. *v.* RIJOS (*a*) TASÍ, aplte.—C. D. Bayamón. 

Febrero 19, 1940.

Llamado este caso para vista compareció tan sólo el fiscal auxiliar Luis Janer quien admitió que la denuncia es fatalmente defectuosa por no alegarse en ella que el acusado reside en el distrito policíaco en donde se alega que omitió registrar el arma ocupádale. El tribunal, por la autoridad del caso de *El Pueblo* v. *Díaz Ocasio,* 55 D.P.R. 629 y otros revoca la sentencia apelada que dictó la Corte de Distrito de Bayamón en octubre 10, 1939, y absuelve al acusado.

El Juez Asociado Sr. Travieso no intervino.

Núm. 7998.—PUEBLO, apldo. *v.* TORRES, aplte.—C. D. Mayagüez. Febrero 20, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, el apelante José Ramón Torres, convicto de un delito de violación, apela ante esta corte;

POR CUANTO, aunque la acusación dice sustancialmente que el acusado yació con la niña Felícita Ruiz, una niña menor de catorce años de edad, dejó de expresar que la ofendida no era la esposa del acusado;

POR CUANTO, sin esa alegación esencial la acusación carece de hechos suficientes;

POR TANTO, visto el caso de *El Pueblo* v. *Cortés,* 24 D.P.R. 208, se revoca la sentencia apelada y se absuelve al acusado.

Núms. 7952 y 7953.—PUEBLO, apldo. *v.* CORTÉS, aplte.—C. D. Arecibo. Febrero 21, 1940.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso criminal núm. 7951, *El Pueblo de Puerto Rico,* apelado, v. *Alejo Cortés,* apelante, (ante pág. 164), sobre Hurto Menor, se confirma la sentencia apelada que dictó la Corte de Distrito de Arecibo con fecha 21 de febrero de 1939, en el caso arriba indicado.